UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Travis McMichael, | : <br> : <br> : Civil Action No.: 2:10-cv-02253-PMP-GWF <br> : |
| Plaintiff, | : |
| v. | : <br> : |
| Allstate Financial Services, Inc.; and DOES 1-10, inclusive, | : <br> : <br> : |
| Defendant. | : <br> : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>

Travis McMichael ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 18, 2011

Respectfully submitted,

IT IS SO ORDERED.

By ___/s/ Joslyn LaMadrid_____
Joslyn LaMadrid, Esq.
6600 West Charleston, Suite 117
Las Vegas, Nevada 89146
(702) 232-4786
**Of Counsel to**
Lemberg & Associates, LLC
1100 Summer Street
Stamford, CT 06905
(203) 653-2250

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated:  May 18, 2011.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 18, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                           By   /s/ Joslyn LaMadrid

                                                Joslyn LaMadrid